FILED

04/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0426

Brian K. Gallik
**GALLIK, BREMER & MOLLOY, P.C.**
777 East Main Street, STE 203
P.O. Box 70
Bozeman, MT 59771-0070
Ph:     (406) 404-1728
brian@galliklawfirm.com

*Attorney for Appellee, Flying T*

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 21-0426

| | |
|---|---|
| FLYING T RANCH, LLC., a Montana limited liability company, <br><br> Plaintiff and Appellee, <br><br> vs. <br><br> CATLIN RANCH, LP., a Montana limited partnership, <br><br> Defendant and Appellee <br><br> MEAGHER COUNTY BY & THROUGH ITS COMMISSION, SCOTT JACKSON, LYNN JACKSON, DEBRA WILLIAMS, LISA ANDERSON, BERT WILLIAMS & CONNIE HIX <br><br> Defendants | **ORDER EXTENDING DEADLINE** |
| CATLIN RANCH, LP, Montana Limited partnership, <br><br> Cross-Claimant and Appellant | |

1

vs.                                        )
                                           )
DEBRA WILLIAMS, LISA                       )
ANDERSON, BERT WILLIAMS &                  )
CONNIE HIX,                                )
                                           )
          Cross-Claim Defendants &         )
          Appellees                        )
                                           )
_____          )

BEFORE the court is Appellee, Flying T Ranch, LLC's Unopposed Motion to Extend Deadline for Filing Flying T's Response Brief. It is supported by the affidavit of counsel. For good cause shown, and there being no objection from any other party to this matter, it is hereby ORDERED:

The deadline for Appellee Flying T LLC's Response Brief is hereby extended from April 11, 2022 to April 18, 2022.

DATED this ___ day of April, 2022.

_____
Hon. Chief Justice Mike McGrath

cc:
Jim Lippert
Vuko Voyich/Kelly Voyich
Rachel Taylor
Susan Swimley
Matt Williams

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 11 2022